COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON GABRIEL HEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI CAPITAL AMERICA, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:20-cv-01876-KJD-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT HYUNDAI CAPITAL AMERICA, INC. ONLY** |

Plaintiff, Jon Gabriel Hey ("Plaintiff") and Defendant, Hyundai Capital America, Inc., by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

. . .

. . .

. . .

dismissed with prejudice as to Defendant Hyundai Capital America, Inc. only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 8th day of June, 2021.                     Dated this 8th day of June, 2021.

COGBURN LAW                                           LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Erik W. Fox*                                  By: */s/Matthew Tsai*
    Jamie S. Cogburn, Esq.                              J. Christopher Jorgensen, Esq.
    Nevada Bar No. 8409                                 Nevada Bar No. 5382
    Erik W. Fox, Esq.                                   Matthew Tsai, Esq.
    Nevada Bar No. 8804                                 Nevada Bar No. 14290
    2580 St. Rose Parkway, Suite 330                    3993 Howard Hughes Pkwy., Suite 600
    Henderson, Nevada 89074                             Las Vegas, NV 89169-5996
    *Attorneys for Plaintiff*                           *Attorneys for Hyundai Capital America*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

June 10, 2021
DATE